**Order entered October 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00626-CV

### NEW 99 ENTERPRISES, INC., Appellant

### V.

### MATHESON TRI-GAS, INC., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07389**

### ORDER

Before the Court is appellant's September 22, 2020 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 22, 2020**. We caution appellant that further extension requests will be disfavored.

/s/    BILL WHITEHILL
        JUSTICE